BENJAMIN B. WAGNER
United States Attorney
BRIAN K. DELANEY
ANGELA A. SCOTT
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA   93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15 CR 00326 LJO SKO |
|---|---|
| Plaintiff, | MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |
| v. | |
| DAMACIO DIAZ, | |
| Defendant. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on November 19, 2015, charging the above defendant with:   21 U.S.C. §§846 & 841(a)(1) - CONSPIRACY TO DISTRIBUTE AND POSSESS WITH THE INTENT TO DISTRIBUTE METHAMPHETAMINE; 18 U.S.C. § 666(A)(1)(B) - FEDERAL PROGRAMS BRIBERY (3 Counts); 21 U.S.C. §§ 841(A)(1)  - POSSESSION AND ATTEMPTED POSSESSION WITH THE INTENT TO DISTRIBUTE METHAMPHETAMINE (9 Counts); 18 U.S.C. § 2511 (1) (E) - INTENTIONAL DISCLOSURE OF WIRETAP

Motion to Seal Indictment                                           1

INFORMATION IN ORDER TO OBSTRUCT, IMPEDE, OR INTERFERE WITH A CRIMINAL INVESTIGATION; 26 U.S.C. §7206(1) – MAKING AND SUBSCRIBING A FALSE TAX RETURN (2 Counts); 18 U.S.C. § 981(A)(1)(C); 21 U.S.C. § 853; 28 U.S.C. § 2461 - CRIMINAL FORFEITURE, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the findings of the Indictment or any warrant issued pursuant thereto, except when necessary for the issuance and execution of the warrants.

DATED: November 19, 2015         Respectfully submitted,

                                 BENJAMIN B. WAGNER
                                 United States Attorney

                           By    /s/ Brian K. Delaney
                                 BRIAN K. DELANEY
                                 Assistant U.S. Attorney


IT IS SO ORDERED.

Dated: November 19, 2015         _____
                                 U.S. Magistrate Judge