**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
DAMACIO DIAZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>DAMACIO DIAZ,<br><br>  Defendant | Case No.: 15-CR-00326 LJO SJO<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE SHEILA K. OBERTO AND BRIAN DELANEY, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, DAMACIO DIAZ, by and through his attorney of record, DAVID A. TORRES hereby requesting that the Status Conference currently set for Tuesday, January 19, 2016 be continued to Monday, March 21, 2016.

Counsel for defense continues to receive discovery in the form of reports and recordings. Counsel for defendant requires an additional 60 days preparation time to completely review all discovery and to discuss trial and or possible plea options with the defendant. I have spoken to AUSA Brian Delaney, and he has no objection to continuing the Status Conference to the date requested.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

//

//

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED:1/14/16                                             */s/ David A Torres*  ___
                                                          DAVID A. TORRES
                                                          Attorney for Defendant
                                                          DAMACIO DIAZ


DATED: 1/14/16                                            */s/Brian Delaney*  ___
                                                          BRIAN DELANEY
                                                          Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated:   **January 14, 2016**                             **/s/ Sheila K. Oberto**
                                                          UNITED STATES MAGISTRATE JUDGE