**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
DAMACIO DIAZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DAMACIO DIAZ, <br><br> Defendant | Case No.: 15-cr-00326 LJO SKO <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE SHEILA

K. OBERTO AND BRIAN DELANEY ASSISTANT UNITED STATES ATTORNEY:

  **COMES NOW** Defendant, DAMACIO DIAZ, by and through his attorney of record,

DAVID A. TORRES hereby requesting that the Status Conference currently set for Monday,

March 21, 2016 be continued to Monday, April 18, 2016.

  I am scheduled to be sent out to trial in the matter of *People v. Castro, BF154926A* ON

Thursday, March 17, 2016.  Should this matter go to trial, the estimate is approximately 30 days.

I anticipate completing this trial no later than April 18, 2016.

  In addition to the above, counsel has received all discovery to date with respect to Mr.

Diaz and counsel is also in constant communication with AUSA Brian Delaney concerning any

updates or any additional discovery that has been processed since the time of the indictment.  I

have spoken to AUS Brian Delaney, and he has no objection to continuing the Status Conference.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 3/17/16                                              */s/ David A Torres*
                                                            DAVID A. TORRES
                                                            Attorney for Defendant
                                                            DAMACIO DIAZ


DATED: 3/17/16                                              */s/Brian Delaney*
                                                            BRIAN DELANEY
                                                            Assistant U.S. Attorney

## ORDER

The parties' request for a continuance of the status conference is GRANTED, and the status conference is continued to April 18, 2016. At the April 18, 2016 status conference, the parties shall be prepared to set forth a course of action for advancing this case which has been pending since November 20, 2015.

IT IS SO ORDERED.

Dated:   **March 18, 2016**                       **/s/ Sheila K. Oberto**
                                                   UNITED STATES MAGISTRATE JUDGE