**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
DAMACIO DIAZ

FILED
APR 18 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  DAMACIO DIAZ,  Defendant | Case No.: Case No.[###] 1:15-cr-00326-LJO-SKO  **DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |

Defendant, DAMACIO DIAZ, hereby waives his/her appearance in person in open court upon the Status Conference set for Monday, April 18, 2016 at 1:00 p.m. in Courtroom 7 of the above entitle court. Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his/her attorney, DAVID A. TORRES. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: 16 April 16

_____
DAMACIO DIAZ

Summary of Pleading - 1

1 **ORDER**

2   Good cause appearing.

3   **IT IS HEREBY ORDERED** that defendant DAMACIO DIAZ is hereby excused from
4 appearing at this court hearing scheduled for April 18, 2016.

5 IT IS SO ORDERED

6
7 DATED: 4/18/16                                                         *[signature]*
                                                                  JUDGE SHEILA K. OBERTO