PHILLIP A. TALBERT
Acting United States Attorney
BRIAN K. DELANEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00326-LJO-SKO |
|---|---|
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| DAMACIO DIAZ, | |
| Defendant. | |

Based upon the plea agreement entered into between United States of America and defendant Damacio Diaz, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 982(a)(3) and 21 U.S.C. § 853, defendant Damacio Diaz' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. Payment of $79,000.00 to the United States as substitute asset in lieu of the real property located at 157 Famoso Hills Road, McFarland, California, APN: 445-120-02; Kern County.

2. The above-listed assets are property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, was used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of a violation of 18 U.S.C. § 666(a)(1)(B), 21 U.S.C. §§ 841(a)(1) and 846.

PRELIMINARY ORDER OF FORFEITURE                                    1

3. Upon entry of a Final Order of Forfeiture, but no later than 45 days thereafter, the 2011 Toyota Sequoia SR5, VIN: 5TDZY5G19BS037141; License 6SWS526 shall be returned to defendant Damacio Diaz, through his attorney of record, David A. Torres, 1318 K Street, Bakersfield, CA 93301, telephone (661) 326-0857.

4. Upon entry of a Final Order of Forfeiture, but no later than 14 days thereafter, the United States shall withdraw the Lis Pendens recorded against the real property located at 157 Famoso Hills Road, McFarland, Kern County, California, APN: 445-120-02.

5. The United States shall not proceed with judicial forfeiture of the approximately $49,000.00 seized from Valley Republic Bank account number 01802925, held in the name of Damacio Diaz as the asset was administratively forfeited pursuant to 18 U.S.C. § 983.

6. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Marshals Service in its secure custody and control.

7. a. Pursuant to 18 U.S.C. § 982(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

///
///
///
///

PRELIMINARY ORDER OF FORFEITURE      2

8. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 982(a)(3) and 21 U.S.C. § 853, in which all interests will be addressed.

IT IS SO ORDERED.

Dated:  **June 13, 2016**            **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE