PHILLIP A. TALBERT
Acting United States Attorney
BRIAN K. DELANEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00326-LJO-SKO |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| DAMACIO DIAZ, | |
| Defendant. | |

WHEREAS, on June 13, 2016, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 18 U.S.C. § 982(a)(3) and 21 U.S.C. § 853, based upon the plea agreement entered into between plaintiff and defendant Damacio Diaz, forfeiting to the United States the following property:

    a. Payment of $79,000.00[1] to the United States in lieu of the real property located at 157 Famoso Hills Road, McFarland, Kern County, California, APN: 445-120-02, and the 2011 Toyota Sequoia SR5, VIN: 5TDZY5G19BS037141; License 6SWS526.

AND WHEREAS, beginning on June 28, 2016, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the

---

[1] The government received full payment from defendant on June 1, 2016.

FINAL ORDER OF FORFEITURE      1

validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired;

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 982(a)(3) and 21 U.S.C. § 853, to be disposed of according to law, including all right, title, and interest of Damacio Diaz.

2. Upon entry of a Final Order of Forfeiture, but no later than 45 days thereafter, the 2011 Toyota Sequoia SR5, VIN: 5TDZY5G19BS037141; License 6SWS526 shall be returned to defendant Damacio Diaz, through his attorney of record, David A. Torres, 1318 K Street, Bakersfield, CA 93301, telephone (661) 326-0857.

3. Upon entry of a Final Order of Forfeiture, but no later than 14 days thereafter, the United States shall withdraw the Lis Pendens recorded against the real property located at 157 Famoso Hills Road, McFarland, Kern County, California, APN: 445-120-02.

4. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

5. The United States Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **October 12, 2016**         /s/ Lawrence J. O'Neill
                                      UNITED STATES CHIEF DISTRICT JUDGE