**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
DAMACIO DIAZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DAMACIO DIAZ, ) <br> ) <br> Defendant ) | Case No.: 1:15-CR-0326 LJO-SKO <br><br> **ORDER TO EXTEND SURRENDER DATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE LAWRENCE O'NEILL AND BRIAN DELANEY, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, DAMACIO DIAZ, by and through his attorney of record, DAVID A. TORRES hereby requesting that the surrender date of the defendant. Damacio Diaz, herein, be extended from December 5, 2016 be extended to February 6, 2017 for the following reason(s):

Based on the recent information received from Mr. Diaz, his father, Leopoldo Diaz his father underwent surgery on November 7, 2016 for an accident wherein he fell 20 feet from the rooftop.  His father is currently in a wheelchair and is unable to get around without assistance. He is expected to be walking or in crutches by mid- January.

In addition, extending the surrender date would allow Mr. Diaz ample time to resolve pertinent personal issues.

Based in the foregoing, good cause is hereby found to extend the surrender date to the aforementioned date.

Respectfully Submitted,

DATED: 11/29/16                         */s/ David A Torres*
                                        DAVID A. TORRES
                                        Attorney for Defendant
                                        DAMACIO DIAZ

## ORDER

**The Court finds that the medical needs of a direct family member is good cause to grant the request.  T**he defendant's surrender date is extended to February 6, 2017.

IT IS SO ORDERED.

Dated:   **December 1, 2016**            /s/ Lawrence J. O'Neill
                                        UNITED STATES CHIEF DISTRICT JUDGE